IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| EASTERN ASSOCIATED COAL CORPORATION, LLC<br>  Petitioner | ) ) ) ) | |
| v. | ) ) ) | No. 15-2049 |
| DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, and EARL HAGY, JR.<br>  Respondents | ) ) ) ) ) ) | |

**DIRECTOR'S MOTION TO DISMISS APPEAL AND REMAND
FOR PAYMENT OF BENEFITS BY THE
BLACK LUNG DISABILITY TRUST**

The Director, Office of Workers' Compensation Programs, United States Department of Labor, by counsel, respectfully requests that the Court dismiss the appeal filed in this case by Eastern Associated Coal Corporation [Eastern Associated], and remand the case for payment of Earl Hagy, Jr.'s federal black lung claim by the Black Lung Disability Trust Fund.  As grounds for this motion, the Director states:

1.  This case involves Eastern Associated's appeal of a decision of the Benefits Review Board awarding benefits on Mr. Hagy's claim under the Black Lung Benefits Act (BLBA), 30 U.S.C.

§§ 901-44.

2.  Eastern Associated Coal LLC was a subsidiary of, and self-insured through, Patriot Coal Corporation.  On May 12, 2015, Patriot Coal Corporation and its subsidiaries (collectively Patriot) filed for bankruptcy.  On October 9, the bankruptcy court confirmed the Fourth Plan of Reorganization, which contemplated the sale of substantially all Patriot's assets.  Those sales were completed on or before October 27[1].  In light of the bankruptcy, Eastern Associated's counsel in this case has requested permission to withdraw.

3.  As a result of the bankruptcy, Eastern Associated and Patriot Coal Corporation are no longer able to pay benefits on Mr. Hagy's claim.  Accordingly, the Director hereby notifies the Court that the Black Lung Disability Trust Fund is accepting liability for Mr. Hagy's claim.[2]

---

[1] The confirmation order and the notice announcing the completion of the sales are available at http://cases.primeclerk.com/patriotcoal/Home-DocketInfo as numbers 1615 and 1751, respectively.

[2] The Trust Fund has been paying benefits on Mr. Hagy's claim on (cont'd . . .)

4. The Trust Fund does not contest Mr. Hagy's entitlement to benefits. As a result, there is no longer a justiciable controversy before the Court. We, therefore, request that the Court dismiss the appeal and remand the case for continuing payment of benefits by the Trust Fund.

5. The undersigned has contacted Jerry Murphree, lay representative for Mr. Hagy, and he does not object to this motion. In light of Eastern Associated's bankruptcy and the request of its counsel to withdraw, Eastern Associated's counsel has not been contacted.

---

(...cont'd)
an interim basis to this point. *See* 20 C.F.R § 725.522(a).

## CONCLUSION

WHEREFORE, the Director requests that this appeal be dismissed, and that the case be remanded for continuing payment of benefits by the Trust Fund.

    Respectfully submitted,

    M. PATRICIA SMITH
    Solicitor of Labor

    RAE ELLEN JAMES
    Associate Solicitor

    SEAN G. BAJKOWSKI
    Counsel for Appellate Litigation

    s/ Michelle S. Gerdano
    MICHELLE S. GERDANO
    U.S. Department of Labor
    Office of the Solicitor
    Suite N-2119
    Frances Perkins Building
    200 Constitution Ave., N.W.
    Washington, D.C.  20210
    (202) 693-5649
    Gerdano-seyman.Michelle@dol.gov

    Attorneys for the Director, Office
    of Workers' Compensation Programs

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2015, a copy of the foregoing pleading was served electronically via the CM/ECF system on the following:

Thomas M. Hancock, Esq.
Bowles Rice LLP
600 Quarrier Street
Charleston, WV 25301

Mr. Jerry Murphree
Lay Representative
Stone Mountain Health Services
Post Office Drawer S
St. Charles, VA 24282

                                              s/ Michelle S. Gerdano
                                              MICHELLE S. GERDANO
                                              Attorney
                                              U.S. Department of Labor